FILED
CLERK, U.S.D.C. SOUTHERN DIVISION

JUN 17 2008

CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRY MORRIS,<br><br>             Petitioner,<br><br>     vs.<br><br>V.M. ALMAGER, Warden,<br><br>             Respondent. | Case No. CV 07-8388-JVS (RNB)<br><br>ORDER ADOPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the operative First Amended Petition, all the records and files herein, and the recommendation of the United States Magistrate Judge. Objections to the Report and Recommendation have been filed herein. Having made a de novo determination of those portions of the Report and Recommendation to which objections have been made, the Court concurs with and adopts the findings, conclusions and recommendations of the Magistrate Judge.

IT THEREFORE IS ORDERED that Judgment be entered denying the operative First Amended Petition and dismissing this action with prejudice.

DATED: _____6.17.08_____

JAMES V. SELNA
UNITED STATES DISTRICT JUDGE