JS-6

FILED
CLERK, U.S.D.C. SOUTHERN DIVISION

JUN 17 2008

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRY MORRIS,<br><br>      Petitioner,<br><br>vs.<br><br>V.M. ALMAGER, Warden,<br><br>      Respondent. | Case No. CV 07-8388-JVS (RNB)<br><br>**J U D G M E N T** |

      Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

      IT IS HEREBY ADJUDGED that the operative First Amended Petition is denied and this action is dismissed with prejudice.

DATED: 6.17.08

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

JUN 17 2008

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

/s/ James V. Selna
JAMES V. SELNA
UNITED STATES DISTRICT JUDGE